**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re GERMAN AUTOMOTIVE ANTITRUST LITIGATION | § § § § § § § § § § § MDL No. 2796 |

**SUPPLEMENTAL RESPONSE OF THE NEWTON PLAINTIFFS
IN SUPPORT OF TRANSFER TO THE DISTRICT OF NEW JERSEY**

Following the September 28, 2017 oral argument, the *Newton* plaintiffs (*Newton, et al., v. Bayerische Motoren Werke Aktiengesellschaft, et al.*, D. N.J. Case No. 2:17-cv-07267), provide the following recent information:

On September 27, 2017, a putative class action on behalf of auto dealership and other direct purchaser plaintiffs, asserting the same facts and claims as other actions subject to this proposed Multi-District Litigation, was filed in the District of New Jersey, *Autohaus Acquisitions, Inc. v. Audi AG., et al.*, D. N.J. Case No. 1:17-cv-07536. A copy of the complaint is attached as Exhibit A.

Dated:  September 29, 2017        Respectfully submitted,

By:        *Elizabeth J, Cabraser*

1372880.2

Elizabeth J. Cabraser
*ecabraser@lchb.com*
Eric B. Fastiff
*efastiff@lchb.com*
Brendan P. Glackin
*bglackin@lchb.com*
Dean M. Harvey
*dharvey@lchb.com*
Wilson M. Dunlavey
*wdunlavey@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:  415-956-1008

David S. Stellings
*dstellings@lchb.com*
Abbye R. Klamann
*aklamann@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212-355-9500
Facsimile:  212-355-9592

James E. Cecchi
*JCecchi@carellabyrne.com*
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.
5 Becker Farm Road
Roseland, NJ  07068-1739
Telephone:  973-994-1700
Facsimile:  973-994-1744

Dan Drachler
*ddrachler@zsz.com*
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: 206-223-2053
Facsimile: 206-343-9636

Jeffrey C. Zwerling
*jzwerling@zsz.com*
Robert S. Schachter
*rschachter@zsz.com*
Sona R. Shah
*sshah@zsz.com*
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: 212-223-3900
Facsimile: 212-371-5969

*Attorneys for Plaintiffs Renee Newton, Oren Arbit, Biltrite Furniture, Inc., Dennis Lane, Mark Rosen, Tyler Carver, Miles Rosen, and Frank Palumbo, individually and behalf of all others similarly situated*